IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ADOLFO PEREZ,<br><br>    Petitioner,<br><br>v.<br><br>DIRECTOR, TEXAS DEPARTMENT<br>OF CRIMINAL JUSTICE,<br><br>    Respondent. | 2:25-CV-032-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to deny the Petition for a Writ of Habeas Corpus filed by the petitioner in this case. ECF No. 18. An objection to the FCR has been filed. ECF No. 21. After making an independent review of the pleadings, files, records, and objection in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**, and the Petition for a Writ of Habeas Corpus is **DISMISSED**.

Petitioner objects to the Magistrate's FCR for the sole reason that he believes "he is entitled to equitable tolling." ECF No. 21 at 1. But this objection merely rehashes issues already considered in the FCR. *See* ECF No. 18 at 3–5 ("Perez fails to show that his state habeas counsel caused him to miss the limitations period" and "makes no attempt to explain the delay between the end of his limitations period and the filing of his federal petition," making equitable tolling "unwarranted"). Thus, Petitioner's objection is **OVERRULED**.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States

District Courts, and 28 U.S.C. Section 2253(c), the Court denies a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011). The Court **ADOPTS** and incorporates by reference the Magistrate Judge's FCR filed in this case in support of its finding that Petitioner has failed to show that (1) reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484. Accordingly, Petitioner's pending Motion (ECF No. 22) is **DENIED**.

**SO ORDERED**.

November 19, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE